UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :        **ORDER**
v.                                :
                                  :        22 CR 203 (VB)
EILAT LEV,                        :
                    Defendant.    :
---------------------------------------------------------x

    Having (i) reviewed defendant Eilat Lev's application for early termination of supervised release (Doc. #4); (ii) consulted with Mr. Lev's probation officer, who has no objection to early termination; and (iii) considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Lev's conduct and the interest of justice.

    Accordingly, it is HEREBY ORDERED that supervised release is terminated, and defendant Eilat Lev is discharged therefrom, effective immediately.

Dated: October 17, 2023
       White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge